IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANIBAL MEJIAS, DENNIS MINTER, JERRY FULLER, and JOSE PENA, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOYA FOODS, INC.,<br><br>Defendant. | Civ. Act. No. 2:20-cv-12365-BRM-JRA |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT PURSUANT TO FED. R. CIV. P. 23**

**PLEASE TAKE NOTICE** that on March 25, 2025, pursuant to FED. R. CIV. P. 23(e), Plaintiffs Anibal Mejias, Dennis Minter, Jerry Fuller, and Jose Pena ("Plaintiffs"), individually and on behalf of the proposed Settlement Class, will respectfully move this Court to (i) grant Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement; (ii) grant final class certification of the Settlement Class; (iii) find dissemination of the Settlement Notices was accomplished as directed and met the requirements of due process; (iv) direct that the Settlement funds be distributed in accordance with the terms of the Settlement

Agreement; and (v) direct that the litigation be dismissed with prejudice in full and final discharge of released claims.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs submit a Memorandum of Law, which establishes that final approval is warranted because the proposed settlement is fair, reasonable, and adequate under FED. R. CIV. P. 23(e) and applicable case law.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is submitted herewith in accordance with L. CIV. R. 7.2(c).

Dated: March 11, 2025					Respectfully submitted,

/s/ *Alexandra K. Piazza*
Alexandra K. Piazza (NJ 010922013)
BERGER MONTAGUE PC
8241 La Mesa Blvd., Ste. A
La Mesa, CA 91942
Tel: (619) 489-0300
apiazza@bm.net

Shanon J. Carson, *pro hac vice*
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
scarson@bm.net

Julie Pollock, *pro hac vice*
BERGER MONTAGUE PC
505 Montgomery St., Ste. 625
San Francisco, CA 94111
Tel.: (415) 906-0684
jpollock@bm.net

David Cassidy (NJ 024061996)
Yelena Kofman-Delgado (NJ 004472012)
VLASAC & SHMARUK, LLC
485B Route 1 South, Suite 120
Iselin, NJ 08830
Tel.: (732) 494-3600
dcassidy@vslaws.com
ykofman@vslaws.com

*Attorneys for Plaintiffs
and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system on this 11th day of March, 2025.

                                           By:    */s/ Alexandra K. Piazza*
                                                             Alexandra K. Piazza